[No. 9197–6–II.   Division Two.   July 10, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK GLOVER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–1–00156–9, Robert H. Peterson, J., entered August 20, 1985. *Dismissed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Gavin and Williams, JJ. Pro Tem.

[No. 8910–6–II.   Division Two.   July 10, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID SIMANOVSKI, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 85–8–00012–0, William E. Howard, J., entered June 25, 1985. *Affirmed* by unpublished opinion per Buckner, J. Pro Tem., concurred in by Goodloe and Johnson, JJ. Pro Tem.

[No. 9445–2–II.   Division Two.   July 10, 1987.]

R. BRUCE HARROD, ET AL, *Appellants,* v. JAMES B. HARTSTROM, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83–2–00941–5, Terence Hanley, J., entered December 13, 1985. *Affirmed* by unpublished opinion per Brachtenbach, J. Pro Tem., concurred in by Thompson and Yencopal, JJ. Pro Tem.